UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,              :

    -against-                              :        17 Cr. 306 (WHP)

Carlos Rosario                                 :        <u>ORDER</u>

                 Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The re-sentencing for defendant Carlos Rosario is re-scheduled to May 8, 2020 at 2:30 p.m.

Dated:  March 16, 2020
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.