# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 23, 2020

**BY ECF**

The Honorable William H. Pauley III
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.  Re-sentencing adjourned to July 8, 2020 at 2:30 p.m.
>
> SO ORDERED:
>
> /s/ William H. Pauley III
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> April 23, 2020

Re: **United States v. Carlos Rosario**
    **17 Cr 306 (WHP)**

Dear Judge Pauley:

    I write with the consent of the Government to respectfully request the adjournment of Mr. Rosario's re-sentencing hearing currently scheduled for May 8, 2020 due to the on-going COVID-19 crisis. I suggest the Court reschedule for late June or early July, with the hopes that we will be able to appear in person by then.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Ian Marcus Amelkin*
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA Justin Rodriguez (by email)