UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                    :             17 Cr. 306 (WHP)

Carlos Rosario,                                             :             <u>ORDER</u>
                           Defendant.       :
---------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a videoconference on Thursday, July 9, 2020 at 11:00 a.m.

Links for the videoconference will be provided to counsel separately. The public dial-in number is 855-268-7844, passcode 32091812 and the pin is 9921299.

Dated:  July 7, 2020
       New York, New York

                              SO ORDERED:

                             _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.